UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-62024-CIV-MARTINEZ-BECERRA

KEME CRAIG on behalf of minor son, R.C.,

    Plaintiff,

v.

FLORIDA HIGHWAY PATROL, ROBINSON,
and UNKNOWN TROOPER.,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THE MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on all dispositive matters. (ECF No. 4.) On January 25, 2023, Judge Becerra filed a Report and Recommendation recommending that the Complaint, (ECF No. 1), be **DISMISSED WITHOUT PREJUDICE** and that all pending motions be **DENIED** as **MOOT**. (ECF No. 5.) This Court has reviewed the entire file and record and notes that no objections have been filed, and the time to so object has passed. After careful consideration, it is:

**ADJUDGED** that Judge Becerra's Report and Recommendation, (ECF No. 5), is **AFFIRMED** and **ADOPTED** in its entirety. Accordingly, it is **ADJUDGED** that:

    1.    The Complaint, (ECF No. 1), is **DISMISSED WITHOUT PREJUDICE**.

    2.    The Clerk is **DIRECTED** to **CLOSE** this action and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14 day of February, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
Keme Craig, *pro se*